IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRAD CRAWFORD,<br><br>　　Plaintiffs,<br><br>　　vs.<br><br>SANDY CITY CORPORATION and OFFICER RYAN METCALF, in his individual capacity,<br><br>　　Defendants. | MEMORANDUM DECISION AND ORDER ON DEFENDANTS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF PRIOR ARREST AND SETTLEMENT<br><br><br>Case No. 2:11-CV-351 TS |

　　This matter is before the Court on Defendants' Motion in Limine to Exclude Evidence of Prior Arrest and Settlement. Plaintiff does not oppose Defendants' Motion and stipulates to an order preventing either party from introducing evidence of Plaintiff's prior arrest and settlement.

　　It is therefore

　　ORDERED that Defendants' Motion in Limine to Exclude Evidence of Prior Arrest and Settlement (Docket No. 25) is GRANTED.

　　DATED   December 22, 2011.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　TED STEWART
　　　　　　　　　　　　　　　　United States District Judge

1