IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| BRAD CRAWFORD,<br><br>    Plaintiff,<br><br>vs.<br><br>SANDY CITY CORPORATION and OFFICER RYAN METCALF, in his individual capacity,<br><br>    Defendants. | MEMORANDUM DECISION AND ORDER ON DEFENDANTS' MOTION IN LIMINE TO LIMIT SCOPE OF PLAINTIFF'S REBUTTAL EXPERT TESTIMONY<br><br>Case No. 2:11-CV-351 TS |

    This matter is before the Court on Defendants' Motion in Limine to Limit Scope of Plaintiff's Rebuttal Expert Testimony. Defendants argue that, under Fed. R. Civ. P. 26, Plaintiff's rebuttal expert witness Joseph Sanchez should be required to limit his testimony to the opinions of Defendants' expert that Defendants actually offer into evidence at trial. Plaintiff does not oppose Defendants' Motion and it is consistent with the Federal Rules of Civil Procedure.

    It is therefore

    ORDERED that Defendants' Motion in Limine to Limit Scope of Plaintiff's Rebuttal Expert Testimony (Docket No. 40) is GRANTED.

DATED   July 18, 2012.

                              BY THE COURT:

                              _____
                              TED STEWART
                              United States District Judge